UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 06 2009
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL Docket No. 875 E.D. PA No. |
| This Case Relates to: | |
| PLAINTIFF WILLIAM JOHNSON RANSOM, ET AL V. A. P. GREEN, ET AL<br>Transferor Jurisdiction: Arkansas<br>Transferor Cause No.: 4:91-CV-00093<br>MDL 875 Cause No.: Not Yet Assigned | NO. LR-C-91-00093 |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon motion of the plaintiff, William Johnson, his cause of action is hereby dismissed without prejudice as to the defendants

IT IS SO ORDERED.

_____
COURT JUDGE
Eduardo C. Robreno
DATED: 3/27/09

PREPARED BY:

/s/ Edward O. Moody
Edward O. Moody
EDWARD O. MOODY, P.A.
801 West Fourth Street
Little Rock, Arkansas 72201
ARK. BAR ID. NO. 78116
Attorney for Plaintiff