FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 06 2009

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) ) | MDL Docket No. 875 E.D. PA No. |
| This Case Relates to: | ) ) | |
| PLAINTIFF CLARENCE AUSTIN RANSOM, ET AL V. A. P. GREEN, ET AL Transferor Jurisdiction: Arkansas Transferor Cause No.: 4:91-CV-00093 MDL 875 Cause No.: Not Yet Assigned | ) ) ) ) ) ) | NO. LR-C-91-93 |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon motion of the plaintiff, Clarence Austin, his cause of action is hereby dismissed

without prejudice as to the defendants

IT IS SO ORDERED.

_____
COURT JUDGE
Eduardo C, Kobreno
DATED: _3/27/09_____

PREPARED BY:

/s/ Edward O. Moody_____
Edward O. Moody
EDWARD O. MOODY, P.A.
801 West Fourth Street
Little Rock, Arkansas 72201
ARK. BAR ID. NO. 78116
Attorney for Plaintiff