U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 13 2009
JAMES W. McCORMACK, CLERK
By: T. Downs
    DEP CLERK

RECEIVED
MAIL ROOM
APR 13 2009
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

Case 4:91-cv-00093   Document 324   Filed 04/13/09   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) : | Consolidated Under MDL DOCKET NO. 875 |
| CERTAIN PLAINTIFFS : | |
| : | Transferor District Court |
| v. : | Eastern District of Arkansas |
| : | |
| CERTAIN DEFENDANTS : | |

**O R D E R**

**AND NOW**, this **8th** day of **April 2009**, upon consideration of plaintiffs' counsel's request at the Court's hearing on April 7, 2009, it is hereby **ORDERED** that the cases listed in "Exhibit A", attached, will be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

**AND IT IS SO ORDERED.**

**EDUARDO C. ROBRENO, J.**

**EXHIBIT "A"**

EASTERN DISTRICT OF ARKANSAS

```
                                                    4:91-cv-00093
Vernie Smith            NOT YET ASSIGNED            4:91-cv-00096
Harry Rupe              NOT YET ASSIGNED            4:88-cv-00549-GH
Norman Lipke            NOT YET ASSIGNED            4:91-cv-00535
Richard Greenlee        NOT YET ASSIGNED            4:88-cv-00424
Terry Derden            NOT YET ASSIGNED            5:91-cv-00542-BSM
Clifford Davis          NOT YET ASSIGNED            4:91-cv-00094K3
James Wilson            NOT YET ASSIGNED            4:97-cv-00097
Louie Fulmer            NOT YET ASSIGNED            4:91-cv-00012
James Hohler            NOT YET ASSIGNED            4:91-cv-00460
Leo Oakes               NOT YET ASSIGNED            4:88-cv-00426
Tilmon Steward          NOT YET ASSIGNED            4:91-cv-00459
Calvin McDearmon        NOT YET ASSIGNED            4:91-cv-00419
Darwin C. England       NOT YET ASSIGNED            4:91-cv-00419
Gordon Simpson          NOT YET ASSIGNED            4:91-cv-00339
Willard Conway          NOT YET ASSIGNED            4:91-cv-00339
Bill Magby              NOT YET ASSIGNED            4:91-cv-00339
James Greenlee          NOT YET ASSIGNED            4:91-cv-00339
William R. Wolf         NOT YET ASSIGNED            4:91-cv-00339
Roy McClelland          NOT YET ASSIGNED            4:91-cv-00339
Hueland Adair           NOT YET ASSIGNED            4:91-cv-00339
William D. Melton       NOT YET ASSIGNED            4:91-cv-00056
Debra Hobbs             NOT YET ASSIGNED            4:97-cv-00387
Clarence Austin         NOT YET ASSIGNED            4:91-cv-00093
L.C. Ransom             NOT YET ASSIGNED            4:91-cv-00093
Terry J. Rothwell       NOT YET ASSIGNED            4:91-cv-00093
Darnell Warren          NOT YET ASSIGNED            4:91-cv-00093
Emery Downs             NOT YET ASSIGNED            4:91-cv-00093
Raymond Dunn            NOT YET ASSIGNED            4:91-cv-00093
John T. Talley          NOT YET ASSIGNED            4:91-cv-00093
Billy Word              NOT YET ASSIGNED            4:91-cv-00093
Jerry Stinnett          NOT YET ASSIGNED            4:91-cv-00093
B.G. Freeland           NOT YET ASSIGNED            4:91-cv-00093
Max Lindsey             NOT YET ASSIGNED            4:91-cv-00093
Jimmy C. Robertson      NOT YET ASSIGNED            4:91-cv-00094K3
Clifford Davis          NOT YET ASSIGNED            4:91-cv-00094K3
James Wilson            NOT YET ASSIGNED            4:91-cv-00094K3
Donald Lampkin          NOT YET ASSIGNED            4:91-cv-00094K3
William Johnson         NOT YET ASSIGNED            4:91-cv-00094K3
```