U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 13 2009
JAMES W. McCORMACK, CLERK
By: T.Downs
         DEP CLERK

RECEIVED
MAIL ROOM
APR 13 2009
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | Consolidated Under MDL DOCKET NO. 875 |
| CERTAIN PLAINTIFFS | Transferor District Court |
| v. | Eastern District of Arkansas |
| CERTAIN DEFENDANTS | |

**O R D E R**

**AND NOW**, this **8th** day of **April 2009**, upon consideration of plaintiffs' counsel's request at the Court's hearing on April 7, 2009, it is hereby **ORDERED** that the cases listed in "Exhibit A", attached, will be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

**EXHIBIT "A"**

EASTERN DISTRICT OF ARKANSAS

                                                                                                   4:91-cv-00093

| Name | Status | Case Number |
|---|---|---|
| Vernie Smith | NOT YET ASSIGNED | ~~4:91-cv-00096~~ |
| Harry Rupe | NOT YET ASSIGNED | 4:88-cv-00549-GH |
| Norman Lipke | NOT YET ASSIGNED | 4:91-cv-00535 |
| Richard Greenlee | NOT YET ASSIGNED | 4:88-cv-00424 |
| Terry Derden | NOT YET ASSIGNED | 5:91-cv-00542-BSM |
| Clifford Davis | NOT YET ASSIGNED | 4:91-cv-00094K3 |
| James Wilson | NOT YET ASSIGNED | 4:97-cv-00097 |
| Louie Fulmer | NOT YET ASSIGNED | 4:91-cv-00012 |
| James Hohler | NOT YET ASSIGNED | 4:91-cv-00460 |
| Leo Oakes | NOT YET ASSIGNED | 4:88-cv-00426 |
| Tilmon Steward | NOT YET ASSIGNED | 4:91-cv-00459 |
| Calvin McDearmon | NOT YET ASSIGNED | 4:91-cv-00419 |
| Darwin C. England | NOT YET ASSIGNED | 4:91-cv-00419 |
| Gordon Simpson | NOT YET ASSIGNED | 4:91-cv-00339 |
| Willard Conway | NOT YET ASSIGNED | 4:91-cv-00339 |
| Bill Magby | NOT YET ASSIGNED | 4:91-cv-00339 |
| James Greenlee | NOT YET ASSIGNED | 4:91-cv-00339 |
| William R. Wolf | NOT YET ASSIGNED | 4:91-cv-00339 |
| Roy McClelland | NOT YET ASSIGNED | 4:91-cv-00339 |
| Hueland Adair | NOT YET ASSIGNED | 4:91-cv-00339 |
| William D. Melton | NOT YET ASSIGNED | 4:91-cv-00056 |
| Debra Hobbs | NOT YET ASSIGNED | 4:97-cv-00387 |
| Clarence Austin | NOT YET ASSIGNED | 4:91-cv-00093 |
| L.C. Ransom | NOT YET ASSIGNED | 4:91-cv-00093 |
| Terry J. Rothwell | NOT YET ASSIGNED | 4:91-cv-00093 |
| ~~Darnell Warren~~ | ~~NOT YET ASSIGNED~~ | ~~4:91-cv-00093~~ |
| Emery Downs | NOT YET ASSIGNED | 4:91-cv-00093 |
| Raymond Dunn | NOT YET ASSIGNED | 4:91-cv-00093 |
| John T. Talley | NOT YET ASSIGNED | 4:91-cv-00093 |
| Billy Word | NOT YET ASSIGNED | 4:91-cv-00093 |
| Jerry Stinnett | NOT YET ASSIGNED | 4:91-cv-00093 |
| B.G. Freeland | NOT YET ASSIGNED | 4:91-cv-00093 |
| Max Lindsey | NOT YET ASSIGNED | 4:91-cv-00093 |
| Jimmy C. Robertson | NOT YET ASSIGNED | 4:91-cv-00094K3 |
| Clifford Davis | NOT YET ASSIGNED | 4:91-cv-00094K3 |
| James Wilson | NOT YET ASSIGNED | 4:91-cv-00094K3 |
| Donald Lampkin | NOT YET ASSIGNED | 4:91-cv-00094K3 |
| William Johnson | NOT YET ASSIGNED | 4:91-cv-00094K3 |